UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHAD A. MUGRIDGE,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and ADVIA CREDIT UNION,<br><br>    Defendants. | Case No. 1:17-cv-1060<br><br>Hon. Paul L. Maloney |

## NOTICE OF SETTLEMENT

Plaintiff Chad A. Mugridge, by and through his counsel, Westbrook Law PLLC, hereby gives notice pursuant to Local Civil Rule 40.3 that preliminary agreements have been reached by and between Plaintiff and Defendant Equifax Information Services, LLC, and by and between Plaintiff and Defendant Advia Credit Union, to resolve Plaintiff's claims in this case. Plaintiff expects that the settlement agreements will be effected and a dismissal with prejudice will be filed within 30 days of today's date.

Respectfully submitted,

Dated: February 2, 2018

/s/Theodore J. Westbrook
Theodore J. Westbrook (P70834)
**Westbrook Law PLLC**
Attorney for Plaintiff
6140 28th St. SE, Suite 115
Grand Rapids, MI 49546
(616) 288-9548
twestbrook@westbrook-law.net